CASE, IBRAHIM & CLAUSS, LLP
2855 Michelle Drive, Suite 120
Irvine, California 92606
Telephone: 714.540.3636
Facsimile: 714.540.3680

By:   Brian S. Case, Esq. (State Bar No. 115491)
      F. Albert Ibrahim, Esq. (State Bar No. 134065)

Attorneys for Defendants and Counterclaim Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| Unites States of America, For the Use of SAN BENITO SUPPLY, a California corporation,<br><br>   Plaintiff,<br><br>v.<br><br>KISAQ-RQ 8A 2 JV, a joint venture; FRAZIER MASONRY COMPANY, a California corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation, WESTERN SURETY COMPANY, a South Dakota corporation,<br><br>   Defendants.<br><br>FRAZIER MASONRY COMPANY, a California corporation,<br><br>   Counterclaim Plaintiff,<br><br>v.<br><br>SAN BENITO SUPPLY, a California corporation<br><br>   Counterclaim Defendant. | Case No.: CV13-0469<br><br>**STIPULATION FOR EXTENSION OF THE DEADLINE FOR CONDUCTING MEDIATION, AND ORDER THEREON**<br><br>ADR Local Rule 6-5 |

///

///

///

///

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, United States of America, For the Use of San Benito Supply, by and through its attorneys of record, Monteleone & McCrory, LLP, and Defendants KISAQ-RQ 8A 2 JV, Federal Insurance Company and Western Surety Company, and Defendant and Counterclaim Plaintiff Frazier Masonry Corporation, by and through their attorneys Case, Ibrahim & Clauss, LLP, as follows based on the herein below facts and terms:

1. The mediation hearing is currently set for July 16, 2013 which is also the mediation deadline in this action;

2. The parties have propounded request for production of documents to each other and subpoenas to third parties. The responsive documents are to be produced by the end of June and early July;

3. Because of the proximity of the dates for production of documents to the mediation renders it impractical to fully prepare for a meaningful mediation, the parties desire to continue the mediation deadline to September 15, 2013, and reschedule the mediation date for sometime in August or early September in order to allow for time to review the records to be produced and have meaningful settlement discussions.

4. The parties, through their attorneys of record hereby stipulate to the continuance of the mediation deadline to September 14, 2013.

5. This stipulation may be executed by fax and that a fax signature will be treated as an original for all purposes.

6. This stipulation may be executed in counterparts, and that all executed counterparts will be taken together and treated as one full and complete document.

**IT IS SO STIPULATED AND AGREED.**

Dated: June 13, 2013                           CASE, IBRAHIM & CLAUSS, LLP

By: _/s/ Brian S. Case_____
BRIAN S. CASE
F. ALBERT IBRAHIM
Attorneys for KISAQ-RQ 8A JV, Frazier Masonry Company, Federal Insurance Company and Western Surety Company

2

STIPULATION FOR EXTENSION OF MEDIATION DEADLINE XXXXXX ORDER] CASE NO. CV13-0469 HRL

Dated: June 13, 2013

MONTELEONE & McCRORY, LLP

By: _____
WILLIAM INGALSBE
DIANA DRON
Attorneys for San Benito Supply

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: ~~June ___, 2013~~

July 8, 2013

_____
HOWARD R. LLOYD
United Stated Magistrate Judge