*E-Filed: September 16, 2013*

LAW OFFICES
**MONTELEONE & McCRORY, LLP**
200 West Santa Ana Boulevard, Suite 200
Santa Ana, California 92701
Tele: (714) 565-3170; Fax: (714) 565-3184

WILLIAM J. INGALSBE (CA SBN 66278)
ingalsbe@mmlawyers.com
DIANA M. DRON (CA SBN 86195)
dron@mmlawyers.com

Attorneys for Plaintiff, SAN BENITO SUPPLY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, For the Use of SAN BENITO SUPPLY, a California corporation,<br><br>            Plaintiff,<br><br>v.<br><br>KISAQ-RQ 8A 2 JV, a joint venture; FRAZIER MASONRY COMPANY, a California corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation; WESTERN SURETY COMPANY, a South Dakota corporation,<br><br>            Defendants. | CASE NO. 5:13-CV-00469-HRL<br><br>**STIPULATION FOR EXTENSION OF THE DEADLINE FOR CONDUCTING MEDIATION AND COMPLETING DISCOVERY, AND ORDER THEREON**<br><br>**(ADR Local Rule 6-5)** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, United States of America, For the Use of San Benito Supply, by and through its attorneys of record, Monteleone & McCrory, LLP, and Defendants KISAQ-RQ 8A 2 JV, Federal Insurance Company and Western Surety Company, and Defendant and Counterclaim Plaintiff Frazier Masonry Corporation, by and through their attorneys Case, Ibrahim & Clauss, LLP, as follows based on the herein below facts and terms:

    1.    The mediation cutoff date is currently set for September 13, 2013;

2.      The parties have propounded requests for production of documents to each other and subpoenas to third parties. The responsive documents to earlier requests have been produced and responses to subsequent requests are be produced by the end of August;

3.      Due to counsel for Defendants being unavailable for mediation prior to August 26, 2013 and due to counsel for San Benito being engaged in trial preparation the week of August 26, 2013 for a five-to-six week trial that will commence in Los Angeles County Superior Court on September 4, 2013 before Judge McLaughlin (Long Cause calendar), the parties have been unable to select a date for the mediation of this action.  The parties desire to continue the mediation deadline to October 31, 2013, and reschedule the mediation date for a date in late October in order to allow for the parties to have meaningful settlement discussions.

4.      The parties, through their attorneys of record, hereby stipulate to the continuance of the mediation deadline to October 31, 2013.

5.      The parties, through their attorneys of record, hereby stipulate to the continuance of the fact discovery deadline from November 15, 2013 to December 13, 2013.

6.      The parties, through their attorneys of record, hereby stipulate to the continuance of the expert discovery deadline from December 20, 2013 to January 20, 2014.

7.      This stipulation may be executed by fax or email and that fax or email signature will be treated as an original for all purposes.

8.      This stipulation may be executed in counterparts, and that all executed counterparts will be taken together and treated as one full and complete document.

**IT IS SO STIPULATED AND AGREED.**

DATED: August 27, 2013                    MONTELEONE & McCRORY, LLP

By _____
WILLIAM J. INGALSBE
DIANA M. DRON
Attorneys for Plaintiff, SAN BENITO SUPPLY
200 West Santa Ana Blvd., Suite 200
Santa Ana, CA 92701
dron@mmlawyers.com
(714) 565-3170

-2-

1  DATED: August 27, 2013            CASE, IBRAHIM & CLAUSS, LLP

3                                     By: /s/ Brian
   BRIAN S. CASE
4  F. ALBERT IBRAHIM
   Attorneys for Defendants KISAQ-RQ 8A JV,,
5  FEDERAL INSURANCE COMPANY AND
   WESTERN SURETY COMPANY and
6  Defendant/Counterclaimant FRAZIER MASONRY
   CORPORATION
7  aibrahim@ciclaw.com

**THE COURT DOES NOT INTEND TO EXTEND THE DATE FOR**
8  **DISPOSITIVE MOTIONS OR THE PRETRIAL CONFERENCE.**

9  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

11 Date: ~~August __, 2013~~
       September 38, 2013

                                     _____
13                                   HOWARD R. LLOYD
                                     United Stated Magistrate Judge

-3-