UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE OF SAN BENITO SUPPLY,<br><br>    Plaintiff,<br><br>    v.<br><br>KISAQ-RQ 8A 2 JV et al,<br>    Defendants.<br>_____/ | No. C 13-469 HRL<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:     October 28, 2013<br>Mediator: Charles Miller |

IT IS HEREBY ORDERED that the request to excuse defendants Federal Insurance Company and Western Surety Company from appearing in person at the October 28, 2013 mediation session before Charles Miller is GRANTED. These defendants shall be available at all times to participate by telephone in the mediation in accordance with ADR L.R. 6-10(f).

The request to excuse defendant Kisaq RQ from appearing in person at the mediation is DENIED.

IT IS SO ORDERED.

October 21, 2013                    By: _____
Dated                                              Maria-Elena James
                                                   United States Magistrate Judge