LAW OFFICES
MONTELEONE & McCRORY, LLP
200 West Santa Ana Boulevard, Suite 200
Santa Ana, California 92701
Tele: (714) 565-3170; Fax: (714) 565-3184

WILLIAM J. INGALSBE (CA SBN 66278)
ingalsbe@mmlawyers.com
DIANA M. DRON (CA SBN 86195)
dron@mmlawyers.com

Attorneys for Plaintiff, SAN BENITO SUPPLY

*E-Filed: November 4, 2013*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

UNITED STATES OF AMERICA, For the Use of SAN BENITO SUPPLY, a California corporation,

Plaintiff,

v.

KISAQ-RQ 8A 2 JV, a joint venture; FRAZIER MASONRY COMPANY, a California corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation; WESTERN SURETY COMPANY, a South Dakota corporation,

Defendants.

CASE NO. 5:13-CV-00469-HRL

**STIPULATION FOR EXTENSION OF THE EXPERT DISCLOSURES AND RELATED REPORTS, AND ORDER THEREON**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, United States of America, For the Use of San Benito Supply, by and through its attorneys of record, Monteleone & McCrory, LLP, and Defendants KISAQ-RQ 8A 2 JV, Federal Insurance Company and Western Surety Company, and Defendant and Counterclaim Plaintiff Frazier Masonry Corporation, by and through their attorneys Case, Ibrahim & Clauss, LLP, as follows based on the herein below facts and terms:

///

///

1. The last date for the service of expert designations (with reports) is currently November 19, 2013;

2. The last date for the service of rebuttal expert designations (with reports) is currently December 3, 2013;

3. At the mediation on October 28, 2013, San Benito Supply was informed that KISAQ-RQ 8A 2 JV intends to pursue approximately $395,000 in delay damages and liquidated damages;

4. As the issue of delay and liquidated damages had been raised prior to mediation, San Benito Supply already had served its third request for production of documents with regard to scheduling, delay damages, and the potential liquidated damages. On October 29, 2013, counsel represented that KISAQ-RQ 8A 2 JV would produce the documents requested by San Benito by November 15, 2013. The production of these documents is from many sources and is expected to be voluminous;

5. San Benito Supply, Frazier Masonry Corporation, and KISAQ-RQ 8A 2 JV, all need to retain experts on scheduling and delay issues. The scheduling and delay experts will need to review and analyze the documents KISAQ is producing and then develop the reports required to be exchanged. This work cannot be performed in the limited amount of time between the expected production of KISAQ-RQ 8A 2 JV's documents on November 15, 2013 and the service of the designations with reports, currently due on November 19, 2013.

6. The parties, through their attorneys of record, hereby stipulate to the continuance of the service of expert designations (with reports) deadline from November 19, 2013 to December 19, 2013.

7. The parties, through their attorneys of record, hereby stipulate to the continuance of the rebuttal expert designations (with reports) deadline from December 3, 2013 to January 3, 2014.

8. This stipulation may be executed by fax or email and that fax or email signature will be treated as an original for all purposes.

9. This stipulation may be executed in counterparts, and that all executed counterparts will be taken together and treated as one full and complete document.

**IT IS SO STIPULATED AND AGREED.**

DATED: October 30, 2013

MONTELEONE & McCRORY, LLP

By_______________________
WILLIAM J. INGALSBE
DIANA M. DRON
Attorneys for Plaintiff, SAN BENITO SUPPLY
200 West Santa Ana Blvd., Suite 200
Santa Ana, CA 92701
dron@mmlawyers.com
(714) 565-3170

DATED: October ___, 2013

CASE, IBRAHIM & CLAUSS, LLP

By:_______________________
BRIAN S. CASE
F. ALBERT IBRAHIM
Attorneys for Defendants KISAQ-RQ 8A JV,,
FEDERAL INSURANCE COMPANY AND
WESTERN SURETY COMPANY and
Defendant/Counterclaimant FRAZIER MASONRY
CORPORATION
aibrahim@ciclaw.com

~~**PURSUANT TO STIPULATION, IT IS SO ORDERED.**~~

~~Date: October ___, 2013~~

_______________________
~~HOWARD R. LLOYD~~
~~United Stated Magistrate Judge~~

9. This stipulation may be executed in counterparts, and that all executed counterparts will be taken together and treated as one full and complete document.

**IT IS SO STIPULATED AND AGREED.**

DATED: October ___, 2013

MONTELEONE & McCRORY, LLP

By_______________________________
WILLIAM J. INGALSBE
DIANA M. DRON
Attorneys for Plaintiff, SAN BENITO SUPPLY
200 West Santa Ana Blvd., Suite 200
Santa Ana, CA 92701
dron@mmlawyers.com
(714) 565-3170

DATED: October 30, 2013

CASE, IBRAHIM & CLAUSS, LLP

By:_______________________________
BRIAN S. CASE
F. ALBERT IBRAHIM
Attorneys for Defendants KISAQ-RQ 8A JV,, FEDERAL INSURANCE COMPANY AND WESTERN SURETY COMPANY and Defendant/Counterclaimant FRAZIER MASONRY CORPORATION
aibrahim@ciclaw.com

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: ~~October~~ November 4, 2013

_______________________________
HOWARD R. LLOYD
United Stated Magistrate Judge