*E-Filed: January 28, 2014*

1

**LAW OFFICES**
**MONTELEONE & McCRORY, LLP**

2

**200 West Santa Ana Boulevard, Suite 200**
**Santa Ana, California 92701**

3

**Tele: (714) 565-3170; Fax: (714) 565-3184**

4

WILLIAM J. INGALSBE (CA SBN 66278)
ingalsbe@mmlawyers.com

5

DIANA M. DRON (CA SBN 86195)
dron@mmlawyers.com

6

Attorneys for Plaintiff, SAN BENITO SUPPLY

7

8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

10

11

UNITED STATES OF AMERICA, For the Use )
of SAN BENITO SUPPLY, a California )

12

corporation, )
)

13

Plaintiff, )
)

14

v. )
)

15

KISAQ-RQ 8A 2 JV, a joint venture; )
FRAZIER MASONRY COMPANY, a )

16

California corporation; FEDERAL )
INSURANCE COMPANY, an Indiana )

17

corporation; WESTERN SURETY )
COMPANY, a South Dakota corporation, )

18

)

19

Defendants. )

CASE NO. 5:13-CV-00469-HRL

**STIPULATION FOR EXTENSION OF THE FACT DISCOVERY, EXPERT DISCLOSURES AND RELATED REPORTS, EXPERT DISCOVERY, AND ORDER THEREON**

20

21

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, United States

22

of America, For the Use of San Benito Supply ("San Benito"), by and through its attorneys of

23

record, Monteleone & McCrory, LLP, and Defendants KISAQ-RQ 8A 2 JV, Federal Insurance

24

Company and Western Surety Company ("KISAQ", "Federal", and "Western"), and Defendant

25

and Counterclaim Plaintiff Frazier Masonry Corporation ("Frazier"), by and through their

26

attorneys Case, Ibrahim & Clauss, LLP, as follows based on the herein below facts and terms:

27

/ / /

28

/ / /

-1-

1.     The Fact Discovery cutoff date is currently January 13, 2014;

2.     The last date for the service of expert designations (with reports) is currently January 20, 2014;

3.     The last date for the service of rebuttal expert designations (with reports) is currently February 3, 2014;

4.     The Expert Discovery cutoff date is currently February 20, 2014;

5.     The Final Pre-Trial Conference is May 25, 2014.

6.     The parties conducted a number of non-party depositions in November 2013. San Benito took the depositions of personnel from KISAQ and Frazier.

7.     The depositions of San Benito personnel were set to be taken on January 7, 2014 through January 10, 2014. Unfortunately, counsel for KISAQ and Frazier was ill and the depositions went off calendar. The parties now reset the depositions; they are expected to proceed during the period from January 23, 2014 through January 31, 2014. The parties will not be able to complete these depositions prior to the current fact discovery cutoff date of January 13, 2013.

8.     Under 32 CFR §§ 97.6(c), 516.40, and 516.41, the Army must authorize the appearance of its personnel or the production of official documents in private litigation. On November 12, 2013, pursuant to Department of Defense directives, 32 CFR § 97.6(c), and Army regulations, 32 CFR §§ 516.40 - 516.48, San Benito Supply wrote to the Sacramento Office of Counsel for the United States Corps of Engineers, requesting permission to take the deposition of Karl Mai, the Materials/Architectural Engineer for the Corps on the subject project. Mr. Mai is expected to have knowledge on subjects related to the concrete mix designs, submittals regarding the concrete, and other facts relevant to the issues in this lawsuit. Mr. Mai has knowledge of how the Corps dealt with the submittals for the concrete originally placed as well as the replacement concrete utilized, as he is believed to be the person who rejected or approved those submittals.

///

///

STIPULATION TO CONTINUE DISCOVERY DEADLINES FOR 30 DAYS     Case No. 5:13-CV-003469-HRL

1    9.    San Benito Supply has been in contact with the Office of Counsel for the Corps.

2  On January 8, 2014, permission was given to take the deposition of Mr. Mai on January 13,

3  2014.

4    10.    San Benito, Frazier, KISAQ, Federal, and Western (collectively "the Parties")

5  agree that an additional 30 days are needed to complete the fact discovery and that it would be

6  beneficial to complete the fact discovery prior to the expert disclosures.  The Parties agree that all

7  other discovery cutoff dates should be extended by 30 days.

8    11.    The Parties, through their attorneys of record, hereby stipulate to the continuance

9  of the Fact Discovery cutoff date from January 13, 2014 to February 13, 2014.

10    12.    The parties, through their attorneys of record, hereby stipulate to the continuance

11  of the service of expert designations (with reports) deadline from January 20, 2014 to

12  February 20, 2014.

13    13.    The parties, through their attorneys of record, hereby stipulate to the continuance

14  of the rebuttal expert designations (with reports) deadline from February 3, 2014 to March 3,

15  2014.

16    14.    The parties, through their attorneys of record, hereby stipulate to the continuance

17  of the Expert Discovery cutoff date from February 20, 2014 to March 20, 2014.

18    15.    This stipulation may be executed by fax or email and that fax or email signature

19  will be treated as an original for all purposes.

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

-3-

16.    This stipulation may be executed in counterparts, and that all executed counterparts will be taken together and treated as one full and complete document.

**IT IS SO STIPULATED AND AGREED.**

DATED: January 14, 2014                MONTELEONE & McCRORY, LLP

By_____
WILLIAM J. INGALSBE
DIANA M. DRON
Attorneys for Plaintiff, SAN BENITO SUPPLY
200 West Santa Ana Blvd., Suite 200
Santa Ana, CA 92701
dron@mmlawyers.com
(714) 565-3170


DATED:  January 14, 2014                CASE, IBRAHIM & CLAUSS, LLP

By:_____
BRIAN S. CASE
F. ALBERT IBRAHIM
Attorneys for Defendants KISAQ-RQ 8A JV,,
FEDERAL INSURANCE COMPANY AND
WESTERN SURETY COMPANY and
Defendant/Counterclaimant FRAZIER MASONRY
CORPORATION
aibrahim@ciclaw.com


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date:  January 28, 2014

_____
HOWARD R. LLOYD
United Stated Magistrate Judge

—4—

STIPULATION TO CONTINUE DISCOVERY DEADLINES FOR 30 DAYS          Case No. 5:13-CV-003469-HRL