*E-Filed: February 20, 2014*

**LAW OFFICES**
**MONTELEONE & McCRORY, LLP**
200 West Santa Ana Boulevard, Suite 200
Santa Ana, California 92701
Tele: (714) 565-3170; Fax: (714) 565-3184

WILLIAM J. INGALSBE (CA SBN 66278)
ingalsbe@mmlawyers.com
DIANA M. DRON (CA SBN 86195)
dron@mmlawyers.com

Attorneys for Plaintiff, SAN BENITO SUPPLY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, For the Use of SAN BENITO SUPPLY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>KISAQ-RQ 8A 2 JV, a joint venture; FRAZIER MASONRY COMPANY, a California corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation; WESTERN SURETY COMPANY, a South Dakota corporation,<br><br>Defendants. | CASE NO. 5:13-CV-00469-HRL<br><br>**STIPULATION FOR EXTENSION OF THE EXPERT DISCLOSURES AND RELATED REPORTS DEADLINES, AND ORDER THEREON** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, United States of America, For the Use of San Benito Supply ("San Benito"), by and through its attorneys of record, Monteleone & McCrory, LLP, and Defendants KISAQ-RQ 8A 2 JV, Federal Insurance Company and Western Surety Company ("KISAQ", "Federal", and "Western"), and Defendant and Counterclaim Plaintiff Frazier Masonry Corporation ("Frazier"), by and through their attorneys Case, Ibrahim & Clauss, LLP, as follows based on the herein below facts and terms:

///

///

1. The Fact Discovery cutoff date is February 13, 2014;

2. The last date for the service of expert designations (with reports) is currently February 20, 2014;

3. The last date for the service of rebuttal expert designations (with reports) is currently March 3, 2014;

4. The Expert Discovery cutoff date is currently March 20, 2014;

5. The Final Pre-Trial Conference is May 20, 2014.

6. The parties conducted a number of non-party depositions in November 2013. San Benito took the depositions of personnel from KISAQ and Frazier. Frazier and KISAQ took the depositions of San Benito personnel in January and early February 2014. The deposition of Karl Mai, the Materials/Architectural Engineer for the United States Corps of Engineers was taken on January 13, 2014.

7. San Benito, Frazier, KISAQ, Federal, and Western (collectively "the Parties") agree that an additional 14 days are needed to complete the initial expert disclosures with reports. The Parties agree that all other expert discovery cutoff dates should be extended by 14 days.

8. The parties, through their attorneys of record, hereby stipulate to the continuance of the service of expert designations (with reports) deadline from February 20, 2014 to March 6, 2014.

9. The parties, through their attorneys of record, hereby stipulate to the continuance of the rebuttal expert designations (with reports) deadline from March 3, 2014 to March 17, 2014.

10. The parties, through their attorneys of record, hereby stipulate to the continuance of the Expert Discovery cutoff date from March 20, 2014 to April 3, 2014.

11. This stipulation may be executed by fax or email and that fax or email signature will be treated as an original for all purposes.

///

///

///

1    12.    This stipulation may be executed in counterparts, and that all executed
2  counterparts will be taken together and treated as one full and complete document.
3    **IT IS SO STIPULATED AND AGREED.**

4  DATED: February 14, 2014                MONTELEONE & McCRORY, LLP

7  By: _____
   WILLIAM J. INGALSBE
8  DIANA M. DRON
   Attorneys for Plaintiff, SAN BENITO SUPPLY
   200 West Santa Ana Blvd., Suite 200
   Santa Ana, CA 92701
   dron@mmlawyers.com
   (714) 565-3170

12 DATED: February 14, 2014                CASE, IBRAHIM & CLAUSS, LLP

14 By: _____
   BRIAN S. CASE
15 F. ALBERT IBRAHIM
   Attorneys for Defendants KISAQ-RQ 8A JV,,
16 FEDERAL INSURANCE COMPANY AND
   WESTERN SURETY COMPANY and
17 Defendant/Counterclaimant FRAZIER MASONRY
   CORPORATION
18 aibrahim@ciclaw.com

19 **DEADLINE FOR DESIGNATION OF EXPERTS WITH REPORTS IS CONTINUED TO FEBRUARY 27, 2014.  NO OTHER DEADLINES ARE AFFECTED.**
20 ~~PURSUANT TO STIPULATION,~~ IT IS SO ORDERED.

22 Date: February 20, 2014

23 _____
   HOWARD R. LLOYD
24 United Stated Magistrate Judge