*E-Filed: April 24, 2014*

LAW OFFICES
MONTELEONE & McCRORY, LLP
200 West Santa Ana Boulevard, Suite 200
Santa Ana, California 92701
Tele: (714) 565-3170; Fax: (714) 565-3184

WILLIAM J. INGALSBE (CA SBN 66278)
ingalsbe@mmlawyers.com
DIANA M. DRON (CA SBN 86195)
dron@mmlawyers.com

Attorneys for Plaintiff, SAN BENITO SUPPLY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, For the Use of SAN BENITO SUPPLY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>KISAQ-RQ 8A 2 JV, a joint venture; FRAZIER MASONRY COMPANY, a California corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation; WESTERN SURETY COMPANY, a South Dakota corporation,<br><br>Defendants. | CASE NO. 5:13-CV-00469-HRL<br><br>[PROPOSED] ORDER ON STIPULATION FOR EXTENSION OF THE MANDATORY SETTLEMENT CONFERENCE DEADLINE, THE PRETRIAL HEARING, AND ALL PRETRIAL HEARING RELATED DEADLINES |

## ORDER ON STIPULATION

The Court, having read the parties' Stipulation For Extension Of The Mandatory Settlement Conference Deadline, The Pretrial Hearing, And All Pretrial Hearing Related Deadlines, and having found good cause therefore, hereby orders as follows:

///

///

-1-

ORDER ON STIPULATION TO CONTINUE DEADLINES FOR SETTLEMENT CONFERENCE & FINAL PRE-TRIAL PREPARATION, & TO CONTINUE THE FINAL PRE-TRIAL CONFERENCE

Case No. 5:13-CV-003469-HRL

1. The deadline to conduct the settlement conference is continued to June 30, 2014 ~~or _____, 2014~~.

2. The Final Pre-Trial Conference is continued to ~~July ___, 2014 or~~ _____August 7_____, 2014.

3. All of the Final Pre-Trial Conference related dates are continued to dates that are governed by the new Final Pre-Trial Conference date.

IT IS SO ORDERED,

Date: April 23, 2014

_____
HOWARD R. LLOYD
United States Magistrate Judge

---

-2-

ORDER ON STIPULATION TO CONTINUE DEADLINES FOR SETTLEMENT CONFERENCE &
FINAL PRE-TRIAL PREPARATION, & TO CONTINUE THE FINAL
PRE-TRIAL CONFERENCE                                    Case No. 5:13-CV-003469-HRL