*E-Filed: August 6, 2014*

LAW OFFICES
**MONTELEONE & McCRORY, LLP**
200 West Santa Ana Boulevard, Suite 200
Santa Ana, California 92701
Tele: (714) 565-3170; Fax: (714) 565-3184

WILLIAM J. INGALSBE (CA SBN 66278)
ingalsbe@mmlawyers.com
DIANA M. DRON (CA SBN 86195)
dron@mmlawyers.com

Attorneys for Plaintiff, SAN BENITO SUPPLY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, For the Use of SAN BENITO SUPPLY, a California corporation,<br><br>                Plaintiff,<br><br>v.<br><br>KISAQ-RQ 8A 2 JV, a joint venture; FRAZIER MASONRY COMPANY, a California corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation; WESTERN SURETY COMPANY, a South Dakota corporation,<br><br>                Defendants. | CASE NO. 5:13-CV-00469-HRL<br><br>**STIPULATION TO WAIVE JURY AT TRIAL, AND ORDER THEREON** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, United States of America, For the Use of San Benito Supply ("San Benito"), by and through its attorneys of record, Monteleone & McCrory, LLP, and Defendants KISAQ-RQ 8A 2 JV, Federal Insurance Company and Western Surety Company ("KISAQ", "Federal", and "Western"), and Defendant and Counterclaim Plaintiff Frazier Masonry Corporation ("Frazier"), by and through their attorneys Case, Ibrahim & Clauss, LLP, as follows based on the herein below facts and terms:

1. On June 18, 2014, the parties participated in a settlement conference with Magistrate Judge Grewal. The parties were unable to settle this case, but did agree to waive jury at trial.

-1-

2. The parties, through their attorneys of record, hereby stipulate to waive jury for the trial in this matter.

3. This stipulation may be executed by fax or email and that fax or email signature will be treated as an original for all purposes.

4. This stipulation may be executed in counterparts, and that all executed counterparts will be taken together and treated as one full and complete document.

**IT IS SO STIPULATED AND AGREED.**

DATED: June 24, 2014

MONTELEONE & McCRORY, LLP

By _____
WILLIAM J. INGALSBE
DIANA M. DRON
Attorneys for Plaintiff, SAN BENITO SUPPLY
200 West Santa Ana Blvd., Suite 200
Santa Ana, CA 92701
dron@mmlawyers.com
(714) 565-3170

DATED: June 24, 2014

CASE, IBRAHIM & CLAUSS, LLP

By: _____
BRIAN S. CASE
F. ALBERT IBRAHIM
Attorneys for Defendants KISAQ-RQ 8A JV,,
FEDERAL INSURANCE COMPANY AND
WESTERN SURETY COMPANY and
Defendant/Counterclaimant FRAZIER MASONRY
CORPORATION
aibrahim@ciclaw.com

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: August 6, 2014

_____
HOWARD R. LLOYD
United States Magistrate Judge