*E-Filed: August 6, 2014*

CASE, IBRAHIM & CLAUSS, LLP
15615 Alton Parkway, Suite 260
Irvine, California 92618
Telephone: 714.540.3636
Facsimile: 714.540.3680

By:   Brian S. Case, Esq. (State Bar No. 115491)
      F. Albert Ibrahim, Esq. (State Bar No. 134065)

Attorneys for Defendants and Counterclaim Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| Unites States of America, For the Use of SAN BENITO SUPPLY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>KISAQ-RQ 8A 2 JV, a joint venture; FRAZIER MASONRY COMPANY, a California corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation, WESTERN SURETY COMPANY, a South Dakota corporation,<br><br>Defendants.<br><br>FRAZIER MASONRY COMPANY, a California corporation,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>SAN BENITO SUPPLY, a California corporation<br><br>Counterclaim Defendant. | Case No.: CV13-0469<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF COUNTER CLAIM PLAINTIFF'S SECOND COUNTER CLAIM FOR NEGLIGENCE** |

///

///

///

///

## STIPULATION FOR VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff United States of America For the Use of San Benito Supply, by and through its attorneys of record, Monteleone & McCrory, LLP, and Defendants KISAQ-RQ 8A 2 JV, Federal Insurance Company and Western Surety Company, and Defendant and Counterclaim Plaintiff Frazier Masonry Corporation, by and through their attorneys of record Case, Ibrahim & Clauss, LLP that Counterclaim Plaintiff Frazier Masonry Corporation's Second Counter-Claim for Negligence is voluntarily dismissed against Counterclaim Defendant San Benito Supply.

**IT IS SO STIPULATED AND AGREED.**

Dated: July 11, 2014                      CASE, IBRAHIM & CLAUSS, LLP

By: _____
BRIAN S. CASE
F. ALBERT IBRAHIM
Attorneys for KISAQ-RQ 8A JV, Frazier Masonry Company, Federal Insurance Company and Western Surety Company

Dated: July 14, 2014                      MONTELEONE & McCRORY, LLP

By: _____
WILLIAM INGALSBE
DIANA DRON
Attorneys for San Benito Supply

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: August 6, 2014                      _____
HOWARD R. LLOYD
United Stated Magistrate Judge