**\*E-Filed: March 11, 2015\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE OF SAN BENITO SUPPLY,<br><br>    Plaintiff,<br>v.<br><br>KISAQ-RQ 8A 2 JV; et al.,<br><br>    Defendants. | No. C13-00469 HRL<br><br>**ORDER FOR RESPONSE**<br><br>**[Re: Docket No. 112]** |

On March 11, 2015, San Benito Supply filed a Motion for Leave to File a Motion for Reconsideration under Civil L.R. 7-9. Frazier Masonry Company may have until March 27, 2015 to file its opposition/response. The parties will be notified if the Court decides to hold a hearing. In the meantime, the Court will not enter judgment.

**IT IS SO ORDERED.**

Dated:  March 11, 2015

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C13-00469 HRL** N**otice will be electronically mailed to:**

Albert Ibrahim    pcornejo@ciclaw.com

Brian S. Case    bcase@ciclaw.com, aibrahim@ciclaw.com

Diana Marie Dron    dron@mmlawyers.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**