**\*E-Filed: May 14, 2015\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE OF SAN BENITO SUPPLY,<br><br>         Plaintiff,<br>   v.<br><br>KISAQ-RQ 8A 2 JV; et al.,<br><br>         Defendants.<br>_____/ | No. C13-00469 HRL<br><br>**ORDER:**<br><br>**(1) GRANTING SAN BENITO SUPPLY'S REQUEST FOR ADVERSARY SUBMISSIONS ON FRAZIER MASONRY'S MOTION FOR THE AWARD OF ATTORNEY FEES AND EXPERT WITNESS FEES; and**<br><br>**(2) SETTING DEADLINE FOR FRAZIER MASONRY TO FILE ADDITIONAL EVIDENCE IN SUPPORT OF ITS MOTION FOR THE AWARD OF ATTORNEY FEES AND EXPERT WITNESS FEES**<br><br>**[Re: Docket No. 135]** |

Before the Court is San Benito Supply's request for adversary submissions on Frazier Masonry's Motion for the Award of Attorney Fees and Expert Witness Fees. Dkt. No. 135. For good cause shown, San Benito Supply's request for adversary submissions is granted. San Benito Supply may file an adversary submission by **June 2, 2015.** Frazier Masonry may file a reply by **June 16, 2015.** The hearing set for June 16, 2015 is vacated. The court may set a hearing, if needed, after the briefing is complete.

In addition, because its showing is presently incomplete, no later than **May 22, 2015**, Frazier Masonry will file declaration(s) that provide the evidence required by *Blum v. Stenson*, 465 U.S. 886, 895 n.11 (1984). Frazier Masonry shall also *immediately* submit a courtesy copy of its Motion for the Award of Attorney Fees and Expert Witness Fees *with* Exhibits, Dkt. No. 134, to Chambers. *See* Civ. L.R. 5-1(b).

**IT IS SO ORDERED.**

Dated: May 14, 2015

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C13-00469 HRL** N**otice will be electronically mailed to:**

Albert Ibrahim     pcornejo@ciclaw.com

Brian S. Case     bcase@ciclaw.com, aibrahim@ciclaw.com

Diana Marie Dron     dron@mmlawyers.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**