E-Filed 12/9/15

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE OF SAN BENITO SUPPLY, <br><br> Plaintiff, <br><br> v. <br><br> KISAQ-RQ 8A 2 JV, et al., <br><br> Defendants. | Case No. 13-cv-00469-HRL <br><br> **ORDER VACATING JUDGMENT DEBTOR EXAMS** <br><br> Re: Dkt. No. 201 |

The court, having been notified that the judgment-debtor examinees have not been timely served and that the judgment creditor intends to apply for new judgment debtor exams, vacates the judgment debtor exams currently on calendar. The judgment creditor may file new applications for judgment debtor exams.

**IT IS SO ORDERED.**

Dated: 12/9/15

_____
HOWARD R. LLOYD
United States Magistrate Judge